## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| KELLY TAYLOR | * | |
|     Plaintiff | * | |
| | * | |
| V. | * | |
| | * | |
| DAVID McCOLLISTER AND | * | NO: 3:13CV00105 SWW |
| STEVE BERNDT | * | |
| | * | |
|     Defendants | * | |

## ORDER

Before the Court is Defendants' motion (ECF No. 19) to quash a notice of deposition commanding Mrs. David McCollister to appear for a deposition on April 23, 2014. Given the time-sensitive nature of the motion, Plaintiff is directed to file an expedited response on or before Thursday, April 17, 2014.

IT IS SO ORDERED THIS 14TH DAY OF APRIL, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE