IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

KELLY TAYLOR                                                                    PLAINTIFF

v.                            Case No. 3:13-cv-00105/SWW

DAVID McCOLLISTER AND STEVE BERNDT                      DEFENDANTS

## JOINT STIPULATED ORDER OF DISMISSAL

Upon stipulation of the parties, as evidenced by the signatures of their undersigned counsel, this action is hereby DISMISSED WITH PREJUDICE pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

_____
Susan Webber Wright
UNITED STATES DISTRICT JUDGE

6-9-2014
Date

Approved:

_____
Byron Freeland (ABN 72039)
MITCHELL, WILLIAMS, SELIG,
  GATES & WOODYARD, P.L.L.C.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201

*Attorney for Defendants*

_____
B. Michael Easley (ABN 74041)
EASLEY & HOUSEAL, PLLC
Post Office Box 1115
Forrest City, AR 72336-1115

*Attorney for Plaintiff*